United States District Court
Southern District of Texas

**ENTERED**

July 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SALVADOR STANLEY AQUINO MENENDEZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00893** |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Salvador Stanley Aquino Menendez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

On June 29, 2026, Respondents filed an advisory in accordance with the Court's Order, (Dkt. 4), to provide five days' notice of Petitioner's anticipated removal. (Dkt. 8.) Although Petitioner initially filed his Petition while an appeal of his July 21, 2025 removal order was pending, on June 3, 2026, the Board of Immigration Appeals dismissed Petitioner's appeal, and his removal order became final. (Dkt. 8.) Accordingly, the Parties are ORDERED to submit a supplemental filing **on or before July 17, 2026** informing the Court 1) whether Petitioner's removal has been effectuated and 2) whether Petitioner's Petition is now moot.

IT IS SO ORDERED.

1 / 2

SIGNED this July 13, 2026.

_____
Diana Saldaña
United States District Judge